## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 17th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*Diamond Hydraulics*
Attn:   Mr. Stephen Schechter
18333 Egret Bay Boulevard
Suite 100
Houston, TX 77058

 

_____
Mary E. Augustine (No. 4477)

620606v1